IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR HUNT, | No. 2:03-cv-01723-MCE-EFB-P |
|     Petitioner, | |
|     v. | <u>ORDER</u> |
| GEORGE M. GALAZA, | |
|     Respondent. | |
|     _____/ | |

    Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On December 21, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Petitioner has filed objections to the findings and recommendations.

///

///

///

1

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this
2 court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the
3 court finds the findings and recommendations to be supported by the record and by proper
4 analysis.
5    Accordingly, IT IS HEREBY ORDERED that:
6    1. The findings and recommendations filed December 21, 2009, are adopted in full;
7    2. Petitioner's application for a writ of habeas corpus is denied; and
8    3. A certificate of appealability is issued in this action.

Dated: February 3, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE